UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-1-12
```

PHILIPS AMADOR, *et al.*,

                Plaintiffs,

-v-

MORGAN STANLEY & CO. LLC, *et al.*,

                Defendants.

No. 11 Civ. 4326 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' joint letter, dated September 28, 2012, detailing a discovery dispute concerning "Plaintiffs' request, in an interrogatory, for the identity of individuals holding the same position [as] Plaintiffs from June, 27, 2008 to date." Accordingly, IT IS HEREBY ORDERED that the parties shall appear telephonically for a conference regarding the discovery dispute on October 5, 2012 at 3:00 p.m. The parties shall gather on one line and, at the time of the conference, call chambers at 212-805-0264.

SO ORDERED.

Dated:     October 1, 2012
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE