UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PHILIPS AMADOR, SYLVESTER CETINA,  :
JOANN SUNKETT, individually and on behalf :
of others similarly situated,  : No. 11-cv-4326 (RJS)(AJP)
 :
          Plaintiffs,  :
 :
     -against-  :
 :
MORGAN STANLEY & CO. LLC f/k/a  :
MORGAN STANLEY & CO. Incorporated,  :
MORGAN STANLEY SMITH BARNEY  :
LLC, and MORGAN STANLEY,  :
 :
          Defendants.  :
---------------------------------------------------------------X

# PLAINTIFFS' NOTICE OF MOTION FOR CONDITIONAL CERTIFICATION PURSUANT TO 29 U.S.C. § 216(b)

**PLEASE TAKE NOTICE THAT** Plaintiffs Philips Amador, Sylvester Cetina, and JoAnn Sunkett, together with opt-in Plaintiffs Jodi Goldman, Adrienne McGrath, Melynda Monfils, David Pierce, and Marlene Roberts (together "Plaintiffs"), will move this Court, before the Honorable Richard J. Sullivan, for conditional certification pursuant to 29 U.S.C. § 216(b) to allow a notice of pendency to be sent to the collective action members. Oral argument will be on a date and at a time determined by the Court. Defendants' answering papers, if any, are due to be served and filed on December 7, 2012.

Dated: November 7, 2012
      Rye Brook, New York                         Respectfully submitted,

                                                 By:   s/Seth R. Lesser
                                                 Seth R. Lesser
                                                 Fran L. Rudich
                                                 Michael J. Palitz
                                                 KLAFTER OLSEN & LESSER LLP
                                                 Two International Drive, Suite 350

Rye Brook, New York 10573
Telephone: (914) 934-9200

Gregg I. Shavitz
Susan H. Stern
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway
Boca Raton, Florida 33434
Telephone: (561) 447-8888

*Attorneys for Plaintiffs and Opt-in Plaintiffs*