UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/2014
```

---

PHILIPS AMADOR, *et al.*,

           Plaintiffs,

   -v-

MORGAN STANLEY & CO. LLC, *et al.*,

           Defendants.

No. 11-cv-4326 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

Now before the Court is Plaintiffs' unopposed motion for final approval of a settlement of a putative class and collective action between Philips Amador, Sylvester Cetina, and Joann Sunkett (collectively referred to as "Named Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendants Morgan Stanley & Co., LLC, F/K/A Morgan Stanley & Co., Incorporated, Morgan Stanley Smith Barney LLC, and Morgan Stanley (collectively referred to as "Defendants"). For the reasons stated on the record at the fairness hearing held on December 19, 2014, the Court, having conducted an inquiry pursuant to Section 216(b) of the Fair Labor Standards Act of 1938 and Rule 23 of the Federal Rules of Civil Procedure, hereby grants final approval of the Settlement, including the allocation of the Net Settlement Amount of $4,200,000.00, and the other terms described in the Stipulation, as fair, reasonable and adequate as to the Parties, the FLSA Collective Members, the Claimants, and the Qualified New York Class Members (collectively, the "Settling Parties").[1] The Court further finds and orders:

---

[1] Unless otherwise defined herein, all terms used in this Order (the "Approval Order") will have the same meaning as defined in the Stipulation.

1.      Class Counsel's request for attorneys' fees and litigation costs and expenses in this action is approved.  Accordingly, Class Counsel are hereby awarded $1,400,000.00 for attorneys' fees, to be divided among Class Counsel pursuant to agreements among said Class Counsel, and $102,106.31 for reimbursement of litigation costs and expenses, which the Court finds were reasonably incurred in prosecution of this case.

2.      The enhancement awards for the three Named Plaintiff and four opt-in Plaintiffs, as set forth in Section 3.3 of the Stipulation, in the amounts of $10,000.00 per Named Plaintiff and $7,500.00 per opt-in Plaintiffs, are approved to reimburse them for their unique services in initiating and maintaining this litigation.

3.      The costs and expenses incurred to date or hereafter incurred for finalization of the Settlement by the Claims Administrator, estimated to be approximately $118,100.00 are granted for payment and the Claims Administrator can disburse to itself from the Settlement funds such payments upon approval by Class Counsel.

4.      The Court shall have exclusive and continuing jurisdiction over this action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Stipulation and this Final Approval Order.

5.      The Parties and the Claims Administrator are ordered to carry out the Settlement as provided in the Stipulation.

6.     This document shall constitute a judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:        December 22, 2014
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE